IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JONATHAN R. WILSON,
    Petitioner,

v.                                                                                              Civil No. 3:24cv468 (DJN)

SHERIFF ANTIONETTE IRVING,
    Respondent.

## MEMORANDUM OPINION

By Memorandum Order entered on July 10, 2024, the Court ordered Petitioner to file his 28 U.S.C. § 2254 petition on the standardized form. (ECF No. 3.) On July 30, 2024, the United States Postal Service returned the July 10, 2024 Memorandum Order to the Court marked, "RETURN TO SENDER," and "NOT AT THIS ADDRESS," because Petitioner has apparently relocated. (ECF No. 6.) Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. A certificate of appealability will be DENIED.

An appropriate order will accompany this Memorandum Opinion.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Petitioner.

                                                                                     /s/
                                                          David J. Novak
                                                          United States District Judge

Richmond, Virginia
Dated: <u>August 8, 2024</u>